**Order entered May 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00929-CV

### IN RE CHUAN C. CHEN, ALBERT LUTTERODT, AND MPATANISHI TAYARI GARRETT, Relators

**Original Proceeding from the 102nd District Court**
**Red River County, Texas**
**Trial Court Cause No. CV04011**

## ORDER
Before Justices Bridges and Brown

Before the Court is relator Albert Lutterodt's May 14, 2019 "Emergency Motion for Sanctions Against David J Potter and Jackson M Potter, et al." We **DENY** the motion.

/s/  DAVID L. BRIDGES
    JUSTICE